**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, | No. C 15-2267 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO CEO; BANK OF AMERICA CEO; GLENDALE FEDERAL SAVINGS AND LOAN; SAM LATHAM; BOBBIE DAVIS; ETTA PHARR, | |
| Defendants. | |

Pursuant to the order of dismissal, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: June ___1___, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE